The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

FARBOD AMINI, as Trustee of the Fayazollah Amini Revocable Living Trust,

Plaintiff,

vs.

AMERICAN ZURICH INSURANCE COMPANY,

Defendant.

NO. 2:20-cv-01137-RSM

ORDER GRANTING MOTION TO CHANGE TRIAL DATE AND CASE DEADLINES

THE COURT has considered the parties' Stipulated Motion for Change of Trial Date and Case Schedule, and finds that good cause has been shown for the Court to grant the motion. Now therefore, it is hereby

ORDERED that the trial date shall be rescheduled, and the remaining case deadlines extended, as follows:

| New date/deadline | Event |
|---|---|
| December 13, 2021 | Trial Date |
| June 15, 2021 | Disclosure of expert testimony under FRCP 26(a)(2) |
| July 19, 2021 | Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) |
| August 16, 2021 | Discovery completed by |

ORDER - 1
(Case No. 2:20-cv-01137-RSM)

| | | |
|---|---|---|
| 1 | September 14, 2021 | All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR7(d)) |
| 2 | | |
| 3 | November 1, 2021 | Mediation per LCR 39.1(c)(3), if requested by parties, held no later than |
| 4 | | |
| 5 | November 15, 2021 | All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter |
| 6 | | |
| 7 | November 30, 2021 | Agreed pretrial order due |
| 8 | | Pretrial conference to be scheduled by the Court |
| 9 | December 7, 2021 | Trial briefs, proposed voir dire questions, jury instructions, jury instructions, neutral statement of the case, and trial exhibits due |

In all other respects, the Court's September 14, 2020 Order Setting Trial Date and Related Dates (Dkt. No. 13) remains in full force and effect.

DATED this 19th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2
(Case No. 2:20-cv-01137-RSM)