The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

FARBOD AMINI, as Trustee of the Fayazollah Amini Revocable Living Trust,

Plaintiff,

vs.

AMERICAN ZURICH INSURANCE COMPANY,

Defendant.

NO. 2:20-cv-01137-RSM

ORDER GRANTING MOTION TO CONTINUE CERTAIN CASE DEADLINES

THE COURT has considered the parties' Stipulated Motion for Change of Dates in Case Schedule, and finds that good cause has been shown for the Court to grant the motion. Now therefore, it is hereby

ORDERED that the following case deadlines are extended, as follows:

| New date/deadline | Event |
| --- | --- |
| August 19, 2021 | Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) |
| September 16, 2021 | Discovery completed by |
| October 14, 2021 | All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR7(d)) |

The trial date shall remain scheduled to begin on December 13, 2021, and all other

ORDER - 1
(Case No. 2:20-cv-01137-RSM)

remaining case deadlines stated in the Court's April 19, 2021 Order Granting Motion to Change Trial Date and Case Deadlines (Dkt. No. 15) remain in effect.

DATED this 13th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2
(Case No. 2:20-cv-01137-RSM)