UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| FARBOD AMINI, as Trustee of the Fayazollah Amini Revocable Living Trust,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN ZURICH INSURANCE COMPANY,<br><br>Defendant. | NO. 2:20-cv-01137-RSM<br><br>ORDER EXTENDING DEADLINE TO FILE DISCOVERY MOTIONS |

THE COURT has considered Plaintiff's Motion for Extension of Deadline to File Discovery Motions, Dkt. #20, and finds that good cause has been shown for the Court to grant the motion. Now therefore, it is hereby

ORDERED that the deadline for the parties to file discovery motions is extended to September 10, 2021.

DONE THIS 10th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1
(Case No. 2:20-cv-01137-RSM)