The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FARBOD AMINI, as Trustee of the Fayazollah Amini Revocable Living Trust, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN ZURICH INSURANCE COMPANY, <br><br> Defendant. | NO. 2:20-CV-01137-RSM <br><br> STIPULATION AND ORDER OF DISMISSAL <br><br> (PROPOSED) <br><br> Noted: October 7, 2021 |

## **STIPULATION**

It is hereby stipulated by the parties to this action, by and through their undersigned attorneys, that Plaintiff's Complaint herein against defendant American Zurich Insurance Company shall be dismissed with prejudice and without costs to any party pursuant to F.R.Civ.P 41(a)(1). Each party shall bear their own attorney fees and costs.

DATED this 5th day of October, 2021.

BERRY & BECKETT, PLLP                    KARR TUTTLE CAMPBELL

By: /s/Guy W. Beckett                    By: /s/J. Dino Vasquez
Guy W. Beckett, WSBA #14939              J. Dino Vasquez, WSBA #25533
***Attorneys for Plaintiff***            Robert A. Radcliffe, WSBA #19035
                                         ***Attorneys for Defendant American Zurich Insurance Company***

STIPULATION AND ORDER OF DISMISSAL - 1
NO. 2:20-CV-01137-RSM

#5073086 v3 / 42755-016

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**ORDER**

This matter having come before the Court on the Stipulation of the parties, and good cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint herein against defendant American Zurich Insurance Company is DISMISSED with prejudice and without an award of costs or fees to any party.

DATED this 19th day of October, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 2
NO. 2:20-CV-01137-RSM

#5073086 v3 / 42755-016

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100